**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTTEN and JENNIFER SCOTTEN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, a division of First Tennessee National Bank, N.A., a corporation; NATIONSTAR MORTGAGE, LLC, a business entity; BANK OF NEW YORK, a federally chartered bank; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01266-WBS-DAD<br><br>(Assigned to Hon. William B. Shubb)<br><br>**JOINT STIPULATION & [PROPOSED] ORDER RE: RESPONSIVE PLEADING EXTENSION**<br><br>Complaint Filed: March 21, 2012<br>Trial Date:          None |

The Court has considered the joint stipulation between defendants First Tennessee Bank, N.A., as successor by merger to First Horizon Home Loan Corporation, Nationstar Mortgage, LLC, and the The Bank of New York Mellon as successor to The Bank of New York (collectively **defendants**) and plaintiffs Randall and Jennifer Scotten (**plaintiffs**).

The Court grants the joint stipulation and **IT IS HEREBY ORDERED** that defendants shall file and serve their response to plaintiffs' complaint on or before June 11, 2012.

Dated: May 29, 2012

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{23563036;1}                                        1                                        CASE NO. 2:12-CV-01266-WBS-DAD
**JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**